UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.:

VANESSA NOBLES,

    Plaintiff,

vs.

SUSHI SAKE NMB, INC. and
JAMES ARGUAYO,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, SUSHI SAKE NMB, INC. and JAMES ARGUAYO ("Defendants"), by and through undersigned counsel, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby remove the instant action from the Circuit Court in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based upon the following:

1.    On or about April 4, 2017, Plaintiff, VANESSA NOBLES ("Plaintiff") filed a civil action against Defendants in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, bearing Case No. 2017-007948-CA-01 ("Circuit Court Action"). A copy of all papers currently on file with the State court is attached hereto as **Composite Exhibit "1."**

2.    Defendants were served with this action on May 9, 2017. Thus, this notice of removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days

from the date on which Defendants received a copy of Plaintiff's Complaint. All Defendants consent to the removal of this action.

3. This is an action arising under the laws of the United States of America, 29 U.S.C. Sec. 201, *et seq.*, the Fair Labor Standards Act. As a result thereof, this action raises a federal question and this Court has original jurisdiction over this action under 28 U.S.C. § 1331. Defendants are entitled to remove this case to this Court pursuant to 28 U.S.C. § 1441(a).

4. The District and Division embracing the place where the State Circuit Court Action is pending is the United States District Court for the Southern District of Florida, Miami Division.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants have provided written notice of the removal to the Plaintiff in this action and have filed a copy of this Notice of Removal in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as **Exhibit "2."**

6. Removal to this Court is therefore appropriate and proper.

Respectfully Submitted May 17, 2017

/s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.
*Law Office of Lowell J. Kuvin, LLC*
Fla. Bar No.: 53072
lowell@kuvinlaw.com
17 East Flagler St., Suite 223
Miami Florida 33131
Tel:    305.358.6800
Fax:   305.358.6808
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by e-mail only to Plaintiffs' counsel, Jason S. Remer, Esq. at remer@rgpattorneys.com

/s/ Lowell J. Kuvin
Lowell J. Kuvin, Esq.

**Service List**

**Jason S. Remer, Esq.**
Fla. Bar No.: 0165580
*Remer & Georges-Pierre, PLLC*
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel.: 305-416-5000
Fax: 305.416.5005
E-mail: jremer@rgpattorneys.com